AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

basement area of Asia Spa Massage – located at 690 Netherfield St., NW, Comstock Park, MI ("Asia Spa Massage," a.k.a. ""Asian Massage 690"

Case No. 1:26-mj-497

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the Western District of Michigan, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1952 | use of a means/facility of interstate commerce to promote and to distribute the proceeds of unlawful activity |
| 18 U.S.C. § 1960 | conducting, controlling, managing, supervising, directing, or owning an unlicensed money-transmitting business |

The application is based on these facts:

See attached Continuation

☑ Continued on the attached sheet.

☐ Delayed notice of ______ days *(give exact ending date if more than 30 days: ____________ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

FBI SA Amanda Becker
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: November 10, 2026

[signature]
*Judge's signature*

City and state: Grand Rapids, MI

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*