# ATTACHMENT A

## PREMISES TO BE SEARCHED

The entire premises, **to include the basement**, at **Asia Spa Massage – located at 690 Netherfield St., NW, Comstock Park, MI ("Asia Spa Massage"), a.k.a. "Asian Massage 690"**: the business; outbuildings within the curtilage; and persons who reside at the business who are present at the time the search warrant is executed.

The business located at **located at 690 Netherfield St., NW, Comstock Park, MI ("Asia Spa Massage")** is pictured below:

